UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2246-DMG (KKx)** | Date | March 29, 2019 |
|---|---|---|---|
| Title | ***John Meggs v. RYU Real Estate Holdings, LP, et al.*** | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On December 28, 2018, the Court ordered the parties participate in a mediation conference by March, 2019. [Doc. # 17.] As required by the Court's December 28, 2018 Order, a joint status report re settlement was due seven (7) days after the mediation conference. To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **April 5, 2019**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.