UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEGGS, Individually,<br><br>                Plaintiff,<br><br>  vs.<br><br>RYU REAL ESTATE HOLDINGS, LP, a California Limited Partnership, and RICH PROPERTY, INC., a California Corporation,<br><br>                Defendants. | **Case No.: ED CV 18-2246-DMG (KKx)**<br><br>**ORDER RE DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION [28]** |

THIS MATTER is before the Court upon a Stipulation for Dismissal with Prejudice and Retention of Jurisdiction [Doc. # 28]. The Court having reviewed and considered the Stipulation, and good cause appearing,

**IT IS ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Dismissal with Prejudice and Retention of Jurisdiction filed herein by the Plaintiff and the Defendant is hereby approved;
2. The above-captioned action is hereby DISMISSED with prejudice, it its entirety;
3. The Court retains jurisdiction of the case solely for the purpose of enforcing the Settlement Agreement.

DATED: May 8, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE